DAHLGREN ET AL., APPELLANTS, *v*. BROWN FARM PROPERTIES, L.L.C., ET AL., APPELLEES.

2016-Ohio-5818.]

(No. 2014–1655—Submitted August 31, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.*, 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089, and *Walker v. Shondrick–Nau*, 149 Ohio St.3d 282, 2016-Ohio-5793, 74 N.E.3d 427.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Johnson & Johnson Law Offices and Eric C. Johnson, for appellants Ronald Dahlgren, Elsa Lyle, Helen Dahlgren, Martha Dahlgren, Cynthia Crowder, Daniel Dahlgren, Charles Dahlgren, and Diane Pullins.

Jackson Kelly, P.L.L.C., Clay K. Keller, and J. Alex Quay, for appellant Chesapeake Exploration, L.L.C.

Winkhart, Rambacher & Griffin, John J. Rambacher, and Michael J. Kahlenberg, for appellee Brown Farm Properties, L.L.C.

Childers and Smith, L.L.P., and Sean R. H. Smith, for appellee Brian Wagner.

Cox, Horning, & McGrath, L.L.C., and J. David Horning, for appellee Thomas Beadnell.